UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | 1:04-CR-5331 OWW |
| ) | |
| v. ) | |
| ) | ORDER RECOMMENDING FACILITY |
| MICHAEL BAILEY, ) | OF INCARCERATION |
| ) | |
| Defendant ) | |
| _____) | |

The Court hereby recommends the defendant be incarcerated at the facility in Terminal Island, California, but only insofar as it meets with space availability and security classification.

Dated: August 3, 2006                    /s/ OLIVER W. WANGER
                                         _____
                                         OLIVER W. WANGER
                                         United States District Judge

1